United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50558
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO CORDERO PENA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:01-CR-402-1
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Roberto Cordero Pena appeals the 24-month sentence imposed following the March 2005 revocation of his supervised release. "In the absence of its being raised by a party, this court is obliged to raise the subject of mootness <u>sua</u> <u>sponte</u>." <u>Bailey v. Southerland</u>, 821 F.2d 277, 278 (5th Cir. 1987). Article III, § 2, of the Constitution limits federal court jurisdiction to actual cases and controversies. <u>See</u> <u>Spencer v. Kemna</u>, 523 U.S. 1, 7 (1998). The case-or-controversy requirement demands that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

some collateral consequence of the conviction must exist if the action is to be maintained.  <u>Id.</u>

Cordero Pena has served the sentence that was imposed upon the revocation of his supervised release and is not subject to any additional supervision.  Accordingly, there is no case or controversy for this court to address, and the appeal is dismissed as moot.

APPEAL DISMISSED.